John J. Bannon, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Bodkin, Respondent, v. Daniel E. Knowlton, Appellant.— Judgment and order affirmed, with costs. All concurred.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Clemence Vogel and Fidelity and Casualty Company of New York, Appellants.— Judgment and order affirmed, with costs. All concurred.

Genesee River Railroad Company, Appellant, v. Ella M. Boyington, Respondent, Impleaded with Lizzie W. Sheldon.— Order affirmed, with costs. All concurred.

Emmons Howard, Appellant, v. John J. Albright, Respondent.— Judgment and order affirmed, with costs. See opinion of Spring, J., on former appeal (129 App. Div. 763). All concurred.

John F. Ebinger, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

William J. Demong, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

National Metal Edge Box Company, Respondent, v. Darwin B. Gotham, Appellant.— Judgment affirmed, with costs, on opinion of Robson, J., on former appeal (125 App. Div. 101). All concurred.

Edward J. Roseneau, as Receiver, etc., Respondent, v. Empire Circuit Company and Others, Appellants.— Motion to amend decision denied, with ten dollars costs.

Peter A. Porter and Others, Respondents, v. International Bridge Company and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted. Settle order before Presiding Justice McLennan on two days' notice.

William F. Lynn, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs.

Charles A. Weller, Appellant, v. Buffalo Expanded Metal Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Nona M. Gleason, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented upon the ground that the verdict is excessive, also that errors were committed in the admission of evidence.

Rufus Newton, as Administrator, etc., of Chauncey Newton, Deceased, Respondent, v. The Chautauqua Traction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Anna C. Kippley, as Administratrix, etc., of George W. Kippley, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.